SMITH, Respondent, v. WELLER, Appellant. (Supreme Court, Appellate Division,

First Department. May 10, 1912.) Action by Carroll F. Smith, as treasurer, etc., against Joseph L. Weller. K. H. Rosenberg, for appellant. R. P. Beyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.